# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  3:01CR148-01 |
| Vincent Neigy Byrd | ) USM No:  17406-058 |
| Date of Previous Judgment:  June 24, 2003 | ) Lyle J. Yurko |
| **(**Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.  ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
the last judgment issued) of _____ months **is reduced to** _____ .

**I.  COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 39 | Amended Offense Level: | 37 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | Life  to ____ months | Amended Guideline Range: | Life  to ____ months |

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

■ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
amended guideline range.
❒ Other (explain):

**III.  ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  June 24, 2003  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 30, 2008

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge