IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-CR-148

UNITED STATES OF AMERICA,
    Plaintiff

v.

VINCENT NEIGY BYRD,
    Defendant.

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Reconsider or, in the Alternative, to Continue Hearing on Defendant's Motion to Reconsider Denial of § 3582(c) Motion [doc. 389] filed on September 18, 2008.

The request that this Court reconsider its decision to grant Defendant's request for a hearing is DENIED.

The request that this Court continue the hearing in this matter is GRANTED. The motion will be held in abeyance, pending the resolution of the matter now before the Fourth Circuit. The Government shall report back to the Court upon conclusion of said matter before the Fourth Circuit.

So ordered.

Signed: September 19, 2008

Graham C. Mullen
United States District Judge